# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SALLIE A. MATHIS | * |
| Plaintiff | |
| v. | * Civil Action No.: L01CV3815 |
| RAYTHEON COMPANY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATION

Subject to the Court's approval, the parties stipulate, this ___ day of June, 2002, that the Scheduling Order shall be modified in the following respects:

1. The discovery deadline shall be extended until July 15, 2002, when a status report also shall be due; and

2. The dispositive motions deadline shall be extended until August 23, 2002.

All other provisions in the Scheduling Order shall remain unchanged.

_____          _____
ROCQUELLE A. JERRI                   JEFFREY P. AYRES
102 Michigan Avenue, N.E., Unit 33B  Bar No. 00492
Washington, D.C. 20017               Venable, Baetjer and Howard, LLP
(202) 518-3806                       210 Allegheny Avenue, P.O. Box 5517
Counsel for Plaintiff                Towson, Maryland 21285-5517
                                     (410) 494-6200
                                     Counsel for Defendant
                                     Raytheon Company, Inc.

So ORDERED: _____ 6/9/02
            United States District Judge    Date

T01DOCS1#138048v1