IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| SALLIE A. MATHIS | * |
| Plaintiff | * |
| v. | *   Civil Action No. L01CV3815 |
| RAYTHEON COMPANY | * |
| Defendant | * |

## ORDER

There being no objections to the Motion the Court hereby grants Plaintiff's Motion for Extension of Time until September 27, 2002.

**SO ORDERED**

9/12/02
DATE

_____
U. S. DISTRICT JUDGE