FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
DISTRICT OF MARYLAND

2003 FEB -6 A 11: 08

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

AT BALTIMORE

_____DEPUTY

February 4, 2003

MEMORANDUM TO COUNSEL RE:   <u>SALLIE A. MATHIS v. RAYTHEON COMPANY</u>
Civil #L-01-3815

Dear Counsel:

    Plaintiff Sallie A. Mathis has sued Raytheon Company for alleged racial discrimination in violation of Title VII.

    Pending is Defendant's Motion for Summary Judgment. I have reviewed the summary judgment briefs and will hold an oral argument (no more than 30 minutes, 15 minutes per side) on February 24, 2003 at 5:00 p.m. In advance of the hearing, counsel must supply additional information in the form of either affidavit, deposition, excerpt, or otherwise.

    Accordingly, on or before February 14, 2003, Defendant's Counsel shall submit responses to the following inquiries:

(i)    The parties agree that Ms. Mathis typed up a job description for the Administrative Specialist position. Did Ms. Mathis devise the description herself or simply mechanically type up a job description formulated by Mr. Mentzer?

(ii)    Both parties agree that the job requisition was "posted," but the record is silent as to how it was posted. Please advise as to how the job was posted so that internal candidates could become aware of the opening, and how it was posted so that external candidates could become aware of the job opening.

(iii)    To what extent, and by whom, was Mr. Mentzer's decision to hire Ms. Smith, and the interview process employed by him in doing so, reviewed by his superiors or the personnel department?

(iv)    Ms. Mathis alleges that Mr. Mentzer never formally interviewed her. Please respond to this allegation. In addition, if she was not formally interviewed, please explain the process by which Mr. Mentzer completed the "Interview Feedback Summary Form" in reference to Ms. Mathis.

(v) Defendant argues that the hiring policy relied on by Ms. Mathis did not govern or bind Mr. Mentzer's hiring process or selection of Ms. Smith. What, if any, hiring policy did govern or bind Mr. Mentzer's selection of Ms. Smith?

(vi) What evidence is there that Ms. Smith has been required to employ excellent communication skills in her new position as Administrative Specialist?

If Plaintiff wishes to respond or rebut, the response is due on or before February 21, 2003.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file