## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| **SALLIE A. MATHIS** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO: L-01-3815** |
| | : | |
| **RAYTHEON COMPANY** | : | |

## <u>ORDER</u>

Currently pending is Defendant's Motion for Summary Judgment.  For the reasons stated in the

Memorandum of even date, the Court hereby GRANTS Defendant's motion and DIRECTS the

CLERK to CLOSE the CASE.


It is so ORDERED this __28th__ day of March, 2003.


_____/s/_____
Benson Everett Legg
Chief Judge
