### IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SALLIE A. MATHIS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L01CV3815 |
| RAYTHEON COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S BILL OF COSTS

Defendant Raytheon Company by and through undersigned counsel, pursuant to Rule 54(d)(1), Fed. R. Civ. P., 28 U.S.C. § 1920 and Local Rule 109.1, respectfully submits this Bill of Costs and states as follows:

On March 28, 2003, this Court granted Defendant's motion for summary judgment in its entirety, entering judgment against Plaintiffs' lawsuit. As a result, Defendant is the prevailing party and the Court should tax costs against Plaintiffs in the amount of $314.55. The Clerk is requested to tax the following as costs:

1.   Fees for the court reporter and transcript of Plaintiff necessarily obtained for use in the case:     $243.00

2.   Fees for copies of papers necessarily obtained for use in this case:     $ 71.55

- 2 -

The grounds supporting this Bill of Costs are set forth in detail in the accompanying memorandum and exhibits.

Respectfully submitted,

___/s/_____
Jeffrey P. Ayres
Bar No. 00492 (signed by Thomas H. Strong with permission of Jeffrey P. Ayres)

___/s/_____
Thomas H. Strong
Federal Bar No. 23716
Venable, Baetjer & Howard, LLP
210 Allegheny Avenue
Towson, Maryland 21204
(410) 494-6200

Counsel for Defendant.

BA2/211974