IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SALLIE A. MATHIS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L01CV3815 |
| RAYTHEON COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF THOMAS H. STRONG IN SUPPORT OF DEFENDANT'S BILL OF COSTS

I, Thomas H. Strong, the undersigned, do solemnly swear and affirm that:

1. I am a witness of lawful age having personal knowledge of the facts stated herein.

2. I am an attorney with Venable, Baetjer and Howard, LLP, which represents Defendant in the above lawsuit.

3. Attached to this Affidavit as <u>Exhibit A</u> is a true and accurate copy of the invoice for the preparation of the deposition transcripts of Sallie Mathis.

4. Pursuant to Local Rule 109.1(b) and 28 U.S.C. § 1924, I certify that each item of expense in Defendant's Bill of Costs was necessarily incurred by the Defendant in this case and that the services for which these fees have been charged were actually and necessarily performed.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing Affidavit is true and correct.

EXHIBIT 1

Executed this 7th day of April, 2003.

_____
Thomas H. Strong
VENABLE, BAETJER, & HOWARD, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7709
(410) 244-7742 (Fax)

Attorney for Defendant.

**SMITH, HEDGES & WRIGHT**
*(FORMERLY TOWSON QUALITY REPORTING, LLC)*
214 WASHINGTON AVENUE          TOWSON, MD 21204
ph: 410-828-1727     fax: 410-828-1729
Federal Tax ID #52-2361940
SHWReporters@aol.com

```
JEFFREY P. AYRES, ESQUIRE                 MAY 17, 2002
VENABLE, BAETJER & HOWARD
210 ALLEGHENY AVENUE                      INVOICE#  00000290
TOWSON, MD 21204
                                          BALANCE:    $263.00
```

**RE:** SALLIE MATHIS vs RAYTHEON COMPANY
     *on* 05/06/02 *by* SUSAN E. SMITH, CCR

## INVOICING INFORMATION

| CHARGE DESCRIPTION | AMOUNT |
|---|---|
| DEPOSITION OF SALLIE A MATHIS | |
|   81 PAGES @3.00 (ORIGINAL) | 243.00 |
| READ & SIGN | 15.00 |
| DELIVERY & HANDLING | 5.00 |

**P L E A S E    R E M I T    - - - >    TOTAL DUE:    $263.00**

*WE LOOK TO THE ATTORNEY, NOT THEIR CLIENT,
FOR PAYMENT OF OUR INVOICE.*


EXHIBIT A