IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SALLIE A. MATHIS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L01CV3815 |
| RAYTHEON COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2003, a copy of Defendant's Bill of Costs and Memorandum in Support of Bill of Costs which was electronically filed in this case on April 7, 2003 were sent via first-class mail, postage pre-paid to: Rocquelle A. Jeri, Esq., 102 Michigan Avenue, NE, Washington, DC 20017, (202) 518-3806, Attorney for Plaintiff.

___/s/_____
Thomas H. Strong
Federal Bar No. 23716
Venable, Baetjer & Howard, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Counsel for Defendant.